UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JULIAN NELLDELL (#401468)

VERSUS

TYREE M. ROSS, ET AL.

CIVIL ACTION

NO. 10-661-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 1, 2011 (doc. no. 14). Petitioner filed an objection to the report and essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims are DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), and without prejudice to any state law claim.

Baton Rouge, Louisiana, August 5, 2011.

---

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA